District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJWINDER SINGH GREWAL,<br><br>          Plaintiff,<br><br>     v.<br><br>UR M. JADDOU, *et al.*,<br><br>          Defendants. | Case No. 2:24-cv-01831-BJR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until July 9, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on January 21, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until July 9, 2025.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01831-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706
2    (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to
3    control the disposition of the causes on its docket with economy of time and effort for itself, for
4    counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
5    P. 1.

6    With additional time, this case may be resolved without the need of further judicial
7    intervention. USCIS has scheduled Plaintiff's asylum interview for March 11, 2025. USCIS
8    agrees to diligently work towards completing the adjudication within 120 days of the interview,
9    absent unforeseen or exceptional circumstances that would require additional time for
10   adjudication. If the adjudication is not completed within that time, USCIS will provide a status
11   report to the Court.

12   Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to
13   ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to
14   the interview may require the interview to be rescheduled and the adjudication delayed. If
15   needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be
16   rescheduled and the adjudication delayed. After the interview, USCIS will need time to
17   adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff will
18   dismiss the case with each party to bear their own litigation costs and attorneys' fees.
19   Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum
20   interview and then process his asylum application.

21   As additional time is necessary for this to occur, the parties request that the Court hold
22   the case in abeyance until July 9, 2025. The parties will submit a joint status report on or before
23   July 9, 2025.

24   //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01831-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 | DATED this 16th day of January, 2025.

2 | Respectfully submitted,

3 | TESSA M. GORMAN
United States Attorney

GIBBS HOUSTON PAUW

4 |

*s/ Michelle R. Lambert*
5 | MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
6 | United States Attorney's Office
Western District of Washington
7 | 1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
8 | Phone: (253) 428-3824
Fax:    (253) 428-3826
9 | Email:  michelle.lambert@usdoj.gov

*s/ A. Fiona McKinnon*
FIONA MCKINNON, WSBA# 40842
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: (206) 682-1080
Email: fiona.mckinnon@ghp-law.net

*Attorney for Plaintiff*

10 | *Attorneys for Defendants*

11 | *I certify that this memorandum contains 413 words, in compliance with the Local Civil Rules.*

12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01831-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until July 9, 2025. The parties shall submit a joint status report on or before July 9, 2025. It is so **ORDERED**.

DATED this 16th day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01831-BJR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800