District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJWINDER SINGH GREWAL,<br><br>       Plaintiff,<br><br>  v.<br><br>UR M. JADDOU, *et al.*,<br><br>       Defendants. | Case No. 2:24-cv-01831-BJR<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01831-BJR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1 | DATED this 3rd day of July, 2025.

2 | Respectfully submitted,

3 | TEAL LUTHY MILLER | GIBBS HOUSTON PAUW
Acting United States Attorney

4 |

5 | s/ Michelle R. Lambert | s/ A. Fiona McKinnon
MICHELLE R. LAMBERT, NYS #4666657 | FIONA MCKINNON, WSBA# 40842

6 | Assistant United States Attorney | 1000 Second Avenue, Suite 1600
United States Attorney's Office | Seattle, Washington 98104-1003

7 | Western District of Washington | Phone: (206) 682-1080
1201 Pacific Avenue, Suite 700 | Email: fiona.mckinnon@ghp-law.net
Tacoma, Washington 98402

8 | Phone: (253) 428-3824 | *Attorney for Plaintiff*
Fax:   (253) 428-3826

9 | Email: michelle.lambert@usdoj.gov

10 | *Attorneys for Defendants*

11 | *I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.*

12 |

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01831-BJR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 3rd day of July, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01831-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800